Michael Lee Tillery T044714
Name and Prisoner/Booking Number

Durango Jail
Place of Confinement

3225 W. Gibson
Mailing Address

Phoenix, AZ  85009
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

FILED ___ LODGED
___ RECEIVED ___ COPY
MAY 09 2014
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Michael Lee Tillery,
(Full Name of Plaintiff)
       Plaintiff,

vs.

(1) Joseph M. Arpaio,
(Full Name of Defendant)

(2) _____,

(3) _____,

(4) _____,
       Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. CV-14-00997-PHX-PGR--JFM
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT**
**BY A PRISONER**

☐ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☑ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S. 388 (1971).
   ☐ Other: _____.

2. Institution/city where violation occurred: Maricopa Co. Durango Jail & Towers Jail

## B. DEFENDANTS

1. Name of first Defendant: **Joseph M. Arpaio**. The first Defendant is employed as:
   **Sheriff** at **Maricopa Co. Durango & Towers Jail**.
   (Position and Title)                                    (Institution)

2. Name of second Defendant: _____. The second Defendant is employed as:
   _____ at _____.
   (Position and Title)                                    (Institution)

3. Name of third Defendant: _____. The third Defendant is employed as:
   _____ at _____.
   (Position and Title)                                    (Institution)

4. Name of fourth Defendant: _____. The fourth Defendant is employed as:
   _____ at _____.
   (Position and Title)                                    (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?    ☐ Yes    ☑ No

2. If yes, how many lawsuits have you filed? ____. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: Food/Nutrition

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☑ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   They say the servings are 2000 calories per day from a survey in 2005. There is a loss of food during delivery from other building. Mysterious meat is always greasy, or it is covered in sauce. Fruit is rotten most of the time.
   Food is always cold.
   2 meals per day with no drink for dinner.
   Theres never enough portions.
   Have found cockroach in food.
   Have found a rock in food.

   Scared to eat the slop cause i never know what im going to find or taste in it.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Loss of energy, Loss of weight from Malnutrition, Loss of Muscle Mass, Weak from not eating enough food and im not sure about long term effect. P.T.S.S., Malnutrition. Broke tooth on rock.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☐ Yes  ☑ No
   b. Did you submit a request for administrative relief on Count I?  ☐ Yes  ☑ No
   c. Did you appeal your request for relief on Count I to the highest level?  ☐ Yes  ☑ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Wont take the paperwork.

3

## COUNT II

1. State the constitutional or other federal civil right that was violated: _Heating/Cooling_.

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - [x] Basic necessities
   - [ ] Mail
   - [ ] Access to the court
   - [ ] Medical care
   - [ ] Disciplinary proceedings
   - [ ] Property
   - [ ] Exercise of religion
   - [ ] Retaliation
   - [ ] Excessive force by an officer
   - [ ] Threat to safety
   - [ ] Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Officers wear jackets.
   Will not give any thermals or extra blankets.
   Air conditioning is on at all times.
   The air temp is always 65° or lower.
   Never turn the heat on.
   Asbestos in the buildings.
   Multiple inmates are always sick.
   Improper air ventilation.
   The air ducts and vents are dirty, Rusty, and coroded.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Can't sleep, P.T.S.S., Sick, Cold virus, Body Aches, Head aches, meningitis, micro Plasma pnuemonea. Getting sick all the time. The long term effect is unknown.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  [ ] Yes  [x] No
   b. Did you submit a request for administrative relief on Count II?  [ ] Yes  [x] No
   c. Did you appeal your request for relief on Count II to the highest level?  [ ] Yes  [x] No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _They deny paperwork._

## COUNT III

1. State the constitutional or other federal civil right that was violated: 3 men bunks & 4 men in a cell.

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   ☐ Basic necessities ☐ Mail ☐ Access to the court ☐ Medical care
   ☐ Disciplinary proceedings ☐ Property ☐ Exercise of religion ☐ Retaliation
   ☐ Excessive force by an officer ☑ Threat to safety ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   All County Jails across the U.S. have did away with the 4 men cells. There is no room between bunks. There is no room to sit up straight in the tripple bunks. It's a fire Hazzard. Metal bunks are not sanitized apon arrival. Most matresses are worn down or tampered with to the point that it hurts sitting on or laying on. Have to eat on bed because there isn't enough tables and chairs. Big Red Ants i've found on my matress.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Total Effect unknown. Sore body parts, scrapes, cuts, bruises, Bodily Injury. Sick all the time from lack disinfecting mats and bunks. Headaches from hitting head on bunks & ceiling.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☑ No
   b. Did you submit a request for administrative relief on Count III? ☐ Yes ☑ No
   c. Did you appeal your request for relief on Count III to the highest level? ☐ Yes ☑ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. They won't take the paperwork.

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

5

## E. REQUEST FOR RELIEF

State the relief you are seeking:

I am seeking $500.00 per day for all the time i spent here in maricopa County Jail's while Joseph M. Arpaio was Sheriff as in other cases which have been settled in court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  4-23-14
                    DATE

*Michael Lee Tillery*
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

3 additional pages added behind this one. There my discharge summary from hospital.

medical file

# Tillery, Michael

| | MRN | Sex | DOB | Age |
|---|---|---|---|---|
| | 0101419646 | Male | 12/30/1975 | 38 |

| Tyson L Smith, DO | Resident | Cosign Needed | Medicine | Discharge Summaries | Service date: 03/19/2014 2:01 PM |

## Provider Discharge Summary

**Patient ID:**
Name: Michael Tillery
Age: 38 y.o.
Length of Stay: 3 days

MRN: 0101419646
DOB: 12/30/1975

**Admit date:** 3/16/2014

**Discharge date:** 03/19/2014

**Admitting Physician:** Nedall Samad, MD

**Discharging Physician:** N Samad

**Presenting Chief Complaint:** Headache, fever, chills, rash, swelling

**Primary Admission Diagnoses:** Aseptic meningitis, Rash, hilar adenopathy, systolic murmur, SIRS, Shortness of breath,

**Primary Discharge Diagnoses:** Aseptic meningitis, rash, hilar adenopathy, systolic murmur, mycoplasma pneumoniae infection, HSV infection

**Problem List at Discharge:**
Hospital Problem List

| | Codes | Noted |
|---|---|---|
| Fever | 780.60 | 3/16/2014 |
| Rash | 782.1 | 3/18/2014 |

**Discharged Condition:**
good

**Code Status:**
Full Code

**Hospital Course:**

Mr. Tillery is a 38 year old caucasian male inmate with a past medical history significant for tobacco and IV drug abuse and heart murmur since childhood who presented to the ED on 03/16/14 from jail with diffuse body rash, headache, and fevers. He stated that about 6 days prior to admission his symptoms began with a headache and then later that day he noticed a pruritic rash on his arm that within hours spread to his entire body. He went to the clinic in jail 5 days prior to admission, and they treated him with ibuprofen, benadryl and azithromycin (250mg PO daily), without any improvement. He notes that the rash has progressively worsened. His skin has become painful to touch and his entire body feels swollen and itchy. Patient reported the following associated symptoms: fevers (Tmax =102), sore throat, headache, generalized weakness, intermittent shortness of breath, and 2 episodes of non-bilious, non-bloody emesis. Patient also noted intermittent left testicular pain x 4 days. He has been sexually active with many female partners and has never used protection. Patient reported that he received all of his childhood vaccinations. He admitted to long history of IV drug abuse (meth), last injection 01/13/14. He

3/19/2014

denied cough, chest pain, abdominal pain or diarrhea. He denied any sick contacts, new exposures or ingestions, similar prior illnesses, recent travel history outside the state (in past 8 years). He has been in jail since 01/14/14, and prior to that he was homeless in Mesa, AZ.

In the ED, he was noted to have diffuse whole-body rash and was found to be hypotensive (93/48), slightly febrile (38.3), and tachycardic (98). He was placed on isolations precautions, treated with IVF, IV antibiotics (vancomycin and zosyn) and pain medications (morphine and acetaminophen). LP performed, pt tolerated procedure well. Laboratory, microbiology and imaging studies were ordered and patient was admitted to the floor. Initial CSF results suggestive of aseptic meningitis with viral exanthem.

Initial Results:
CBC: normal (Wbc 8.7, Hbg 13.3, Hct 37.9, Plt 313)
CMP: normal (Na 135, K 4.0, Cl 100, CO2 26, BUN 12, Cr 0.93, Glu 106)
PT, INR, PTT, Lactic Acid = all within normal limits
ESR: 21 , CRP: 32.94
CSF: Total nucleated cells 61, RBC 3, lymphocytes 90, neutrophils 3, monocytes 5, eosinophils 2, protein 42, glucose 57
CT HEAD WO IV CONTRAST (03/16/14): IMPRESSION: 1. No evidence for acute intracranial abnormality. 2. 8 mm hypoattenuating focus involving the anterior limb internal capsule on the right may represent incidental prominent perivascular space or less likely small remote lacunar infarct.
XR CHEST PA AND LATERAL (03/16/14): IMPRESSION: Central pulmonary vascular prominence which may represent volume overload, atypical infectious etiologies, or reactive airway disease.
CT CHEST ABDOMEN PELVIS W IV CONTRAST (03/16/14): IMPRESSION: 1. **Findings of pulmonary hypertension. 2. Nonspecific enlarged bilateral hilar lymph nodes predominating on the right.** 3. 7 mm soft tissue density right lung pulmonary nodule. 4. Incidental left pelvic kidney.

Admission course: Patient was given IV fluids, and IV acylcovir and doxycycline empirically as all labs were pending. Dermatology was consulted and recommended prednisone burst as well. He was given scheduled SVN's Duonebs for his shortness of breath. ECHO read showed normal LV with EF >60% with impaired relaxation with indeterminate LAP and moderately dilated LA. Non complex atherosclerotic plaques located in descending aorta. Normal appearing valves, with trace mitral, tricuspid, and pulmonic regurgitation. Pulmonary artery normal, no pulmonary hypertension.
Thus far labs have come back positive for **mycoplasma pneumoniae and HSV in the blood**. Parvovirus, GC/Chlamydia, Hepatitis panel, Haptoglobin, RF, HIV, RPR, ANCA have been negative. Labs pending are: Cocci IgG IGM by EIA, EBV by PCR, Rickettsia Ab IgM by ELISA, coxsackie. At this time his symptoms are much improved, with near resolution of his swelling and headache. His shortness of breath has resolved. His rash is still present but significantly improved and less intense.

The patient will be discharged on 10 days of Doxycycline to cover for Mycoplasma pneumoniae and possible rickettsia. He will be discharged on 18 more days of Acyclovir to cover for HSV. He will also be discharged on three more days of prednisone steroid burst.

**Consults:**
Dermatology

**Relevant Past Medical History:**
No Known Allergies
Past Medical History
Diagnosis                                          Date
• Murmur, cardiac

**Past Surgical History:**
Past Surgical History
Procedure                                    Laterality   Date
• Hernia repair

**Significant Diagnostic Studies:**
As above

3/19/2014

**Treatments/Procedures:**
As above

**Discharge Exam:**
Blood pressure 99/45, pulse 68, temperature 35.6 °C (96.1 °F), resp. rate 16, height 190.5 cm (6' 3"), weight 111.7 kg (246 lb 4.1 oz), SpO2 97.00%.
Discharge Exam:
Physical Exam
**General:** NAD, AAO x 3
**HEENT:** PERRLA, EOMI, MMM, dental carries
**Neck:** no LAP
**Heart:** RRR, 3/6 systolic murmur
**Lungs:** Clear to auscultation
**Abdomen:** Soft, mildly distended, NT, (+) BS.
**Musculoskeletal:** mild swelling of both hands and feet, non pitting
**Skin:** diffuse macular rash more dense on lower extremity but also covering arms, trunk, but sparing upper chest, face and groin. blanching today, much less intense, less painful.
**Neuro:** speech normal, motor and sensory intact bilaterally

**Disposition:**
prison/jail

**Patient Instructions:**
These are your Provider's Instructions

No orders found for display

**Discharge Medications:**

## Patient Discharge Medication List

Scheduled

| | Instructions |
|---|---|
| **acyclovir 800 mg tab**<br>Commonly known as: ZOVIRAX | Instructions: Take 1 tablet by mouth 3 (three) times daily for 18 days. |
| **doxycycline monohydrate 100 mg capsule**<br>Commonly known as: MONODOX | Instructions: Take 1 capsule by mouth 2 times daily for 10 days. |
| **predniSONE 20 mg tab**<br>Commonly known as: DELTASONE | Instructions: Take 3 tablets by mouth daily for 3 days. |

PRN

| | Instructions |
|---|---|
| **acetaminophen 500 mg tab**<br>Commonly known as: TYLENOL | |

**Other Patient Instruction/Education:** As above

3/19/2014

# MARICOPA COUNTY SHERIFF'S OFFICE
## JOSEPH M. ARPAIO, SHERIFF

# CERTIFICATION

I hereby certify that on this date _____ 6 May 2014 _____

I ____ filed  √  mailed the original and one (1) copy to the Clerk of the United States District Court, District of Arizona

____ Hon _____ United States District Court, District of Arizona.

I further certify that copies of the original have been forwarded to:

____ Attorney General, State of Arizona, _____

____ Judge _____ Superior Court, Maricopa County, State of Arizona.

____ County Attorney, Maricopa County, State of Arizona _____

____ Public Defender, Maricopa County, State of Arizona _____

____ _____

____ _____

____ _____

_____
INMATE LEGAL SERVICES
Maricopa County, Sheriff's Office
201 S. 4th Avenue
Phoenix, AZ 85003

Cert6                                                                 06/02/08